LAW OFFICES OF

# McDONNELL & ASSOCIATES, P.C.

500 Route 70 West
Cherry Hill New Jersey 08002
Telephone: (856) 429-5300
Facsimile: (856) 429-5314

*Pennsylvania Office:*
  601 South Henderson Road, Suite 152
  King of Prussia, PA 19406
  Telephone: (610) 337-2087

Reply To: *Cherry Hill, NJ*
E-Mail Address: *rpaglione@mcda-law.com*

Patrick J. McDonnell *
Courtney Seda McDonnell
Karen L. Green *
Roberto K. Paglione *
Lindsey S. Forshay *
Robert M. Dunn * †
Michael C. Andrews*
Jason E. Fine *
David M. Koller *
Sarah R. Lavelle * †
John M. Guthrie * †

* Admitted in Pennsylvania and New Jersey
† Admitted in New York

November 6, 2005

United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market St., Room 2609
Philadelphia, PA 19106-1797

Attention:  Clerk of Courts

> **Re:**  **June Cerene v. Wal-Mart Stores, Inc., et al.**
> **Civil Action No.: _____**

Dear Sir/Madam:

**Enclosed herein please find the following:**

- [xx]  Notice of Removal with Civil Cover Sheet, Appendix F and Case Management Track Designation Form (O+4)
- [xx]  PDF Version of Notice of Removal on Computer Disk
- [xx]  Self Addressed Stamped Envelope
- [xx]  Check in the amount of $250.00

**Would you kindly:**

- [xx]  File Notice and return to me in the envelope provided.

Thank you for your attention to this matter.

Very truly yours,
**McDONNELL & ASSOCIATES, p.c.**

Roberto K. Paglione

RKP/bb - Encl.
cc: Gerald Baldino, Jr., Esq.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
June Cerene

**DEFENDANTS**
Wal-Mart Stores, Inc.

(b) County of Residence of First Listed Plaintiff  Monroe
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Benson, AR
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) Gerald Baldino, Jr., Esq.
(610) 891-9212  Sacchetta & Baldino
308 East Second St.
Media, PA 19063

Attorneys (If Known)  Roberto Paglione, Esquire
(856) McDonnell & Associates
429-5300  500 Route 70 West
Cherry Hill, NJ 08002

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury - Med. Malpractice | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
N/A (See instructions):

JUDGE

DOCKET NUMBER

DATE  11/7/05

SIGNATURE OF ATTORNEY OF RECORD  Roberto K. Paglione  /s/

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT                                    **APPENDIX F**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: June Cerene- HcR 1 Box 68 Woodland Road, Mt. Pocono, PA 18344

Address of Defendant: Wal-Mart Stores, Inc. 702 S.W. 8th Street, Bentonville, AR 72716

Place of Accident, Incident or Transaction: Wal-Mart Store, Mt. Pocono, PA

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes ☒  No ☐

Does this case involve multidistrict litigation possibilities?                                           Yes ☐  No ☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
                                                                                   Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?                                                                 Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?                                                       Yes ☐  No ☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify) Premises Liability
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, Roberto K. Paglione, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs; unable to certify since we represent

☐ Relief other than monetary damages is sought. Defendant, Wal-Mart.

DATE: 11/7/05        Roberto K. Paglione /s/        87258
                     Attorney-at-Law                Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/7/05        Roberto K. Paglione /s/        87258

APPENDIX I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

June Cerene                                    :                CIVIL ACTION
                                               :
                        v.                     :
                                               :
Wal-Mart Stores, Inc.                          :                NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                     ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits                          ( )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (X)

(d)  Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                                  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.          ( )


11/7/05                      Roberto K. Paglione /s/          Def., Wal-Mart Stores, Inc.
_____                   _____               _____
Date                         Attorney-at-law                  Attorney for

856/429-5300                 856/429-5314                     RPAGLIONE@MCDA-LAW.com
_____                   _____               _____
Telephone                    FAX Number                       E-Mail Address


(Civ. 660) 10/02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| JUNE CERENE, | : | CIVIL ACTION-LAW |
|---|---|---|
| | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: |
| | : | |
| WAL-MART STORES, INC., | : | DEFENDANT'S, WAL-MART |
| WAL-MART STORE #2365, | : | STORES, INC., |
| | : | NOTICE OF REMOVAL |
| Defendants. | : | |
| | : | JURY TRIAL DEMANDED |

Defendant, Wal-Mart Stores, Inc., d/b/a Wal-Mart Store #2365 (herein referred to as "Wal-Mart"), files this Notice of Removal pursuant to 28 U.S.C. 1441(a) and (b) to remove this action from the Court of Common Pleas Philadelphia County, October Term, 2005, Case No.: 002216, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania and in support thereof states as follows:

1.     On or about October 18, 2005, Plaintiff filed a Complaint in the Court of Common Pleas Philadelphia County ("the County Action") which was issued by the Clerk of said Court and served upon Wal-Mart on or about October 21, 2005.  A Copy of the Complaint is attached to this Notice of Removal as Exhibit "A".

2.     In the Complaint, Plaintiff June Cerene alleges that she was injured on Wal-Mart's premises in Mt. Pocono, Pennsylvania, and was caused to suffer serious and permanent physical injuries including, but not limited to: "injury to her hip, requiring total hip replacement revision, cerebral concussion, post concussive syndrome, exacerbation of C4-5, C5-6 and C6-7 radiculopathy, cervical myelopathy, T6-7, T7-8 and T8-9 radiculopathy, exacerbation of L3-4, L4-5 and L5-S1 radiculopathy, L2-3 and L3-4 radiculopathy secondary to intraforaminal and inferolateal herniated discs,  traumatic

**1**

contusion of the right foot, traumatic contusion of the ribs, exacerbation of right knee, degenerative osteoarthritis and posterior medical meniscus tear", together with "shock and injury to her nerves and nervous system" all of which Plaintiff has been advised may be permanent in nature. Plaintiff also claims that she will expend large sums of money for medical attention and has lost wages and other financial expenses. (*See* Complaint, Count One, paragraphs 9-12). The subject accident occurred on October 20, 2003. Plaintiff seeks damages "in excess of $50,000" in her Complaint. (*See* Complaint, "Wherefore" clause).

3.      On or about October 25, 2005, the undersigned attorneys for Wal-Mart sent to Plaintiff's counsel a letter and Stipulation Limiting Damages explaining that diversity jurisdiction existed and that in order to avoid removal of the matter to federal court based on the issue of damages being over $75,000, Plaintiff could execute the Stipulation to show that the value of the case did not, in fact exceed $75,000. (*See* Stipulation Limiting Damages to Avoid Removal of Matter to Federal Court attached to this Notice as Exhibit "B").

4.      To date, Plaintiff's counsel has not returned the Stipulation to Limit damages or otherwise indicated that he would voluntarily limit damages to $75,000. Thus, Defendant Wal-Mart has a good faith belief that Plaintiff is seeking damages in excess of $75,000 and the jurisdictional requirement for removal is now met.

5.      Removal from Court of Common Pleas, Philadelphia County is proper under 28 U.S.C. § 1441 (b) which authorizes the removal of any civil action if "none of the parties in interest properly joined and served as a defendant is a citizen of the state in which the action is brought."

6.      Wal-Mart is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Arkansas and as such is not a citizen of the State of Pennsylvania.  The accident occurred in Mt. Pocono, Pennsylvania. Plaintiff is a citizen and resident of Mount Pocono, Pennsylvania.

**WHEREFORE,** Defendant, Wal-Mart respectfully requests that the County Action be removed from the Court of Common Pleas for Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

**LAW OFFICES OF McDONNELL & ASSOCIATES**

By:   _____
        Roberto K. Paglione, Esq. (Atty ID# 87258)
        500 Route 70 West
        Cherry Hill, NJ 08002
        Tel. No.: (856) 429-5300

        Attorneys for Defendant,
        Wal-Mart Stores Inc., et al.

Dated:  November 7, 2005

3

## CERTIFICATE OF SERVICE

I, Roberto K. Paglione, Esquire, hereby certify that on November 7, 2005, I caused a true and correct copy of the foregoing Notice of Removal to be filed with the Court via mail and served, via United States first-class mail, postage prepaid upon:

Gerald B. Baldino, Jr., Esquire
SACCHETTA & BALDINO
308 East Second St.
Media, PA 19063

I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LAW OFFICES OF McDONNELL & ASSOCIATES**

Roberto K. Paglione, Esquire (ID No.: 87258)
Attorneys for Defendant Wal-Mart Stores, Inc., et al.

EXHIBIT "A"

GERALD B. BALDINO, JR., ESQUIRE
Attorney I.D. No. 55624
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063
(610) 891-9212

Attorney for Plaintiff

NEW SUIT

---

JUNE CERENE
HCR 1 Box 68 Woodland Rd ATTEST
Mount Pocono, PA 18344
      Plaintiff   OCT 1 8 2005

v.

LAURA PAONE

WAL-MART STORES, INC.
702 Northwest 8th Street
Bentonville, AR 72712
and
WAL-MART STORES, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA 19102
and
WAL-MART STORE #2365
500 Route 940
Mt. Pocono, PA 18344
      Defendants

JURY FEE PAID

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY
CIVIL ACTION - LAW

Code No. 2S - Premises Liability
Slip & Fall OCTOBER 2005

G02216

TRIAL BY JURY OF TWELVE
MEMBERS IS DEMANDED

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia County Bar Association
Lawyers Referral and Information Service
1 Reading Center
Philadelphia, PA 19107
[215] 238-1701

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E Informacion Lega
One Reading Center
Filadelfia, Pennsylvania 19107
Telef.: [215] 238-1701

*This is not an arbitration matter.*
*An assessment of damages hearing is*
*required.*

GERALD B. BALDINO, JR., ESQUIRE
Attorney I.D. No. 55624
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063
(610) 891-9212

Attorney for Plaintiff

JUNE CERENE
HCR 1 Box 68 Woodland Rd.
Mount Pocono, PA 18344
         Plaintiff

v.

WAL-MART STORES, INC.
702 Northwest 8th Street
Bentonville, AR 72712
and
WAL-MART STORES, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA 19102
and
WAL-MART STORE #2365
500 Route 940
Mt. Pocono, PA 18344
         Defendants

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY
CIVIL ACTION - LAW

Code No. 2S - Premises Liability
        Slip & Fall

**TRIAL BY JURY OF TWELVE**
**MEMBERS IS DEMANDED**

## COMPLAINT

    AND NOW, comes the plaintiff, June Cerene, by and through her attorney, Gerald B.
Baldino, Jr., Esquire, and avers as follows:

    1.    Plaintiff, June Cerene, is an adult individual residing at HCR 1, Box 68, Woodland
Road, Mt. Pocono, Pennsylvania.

    2.    Defendant Wal-Mart Stores, Inc. is a corporation existing and doing business under
the laws of the Commonwealth of Pennsylvania, with a registered corporate office located at
CT Corporation System, 1515 Market Street, Suite 1210, Philadelphia, Pennsylvania.

    3.    Defendant Wal-Mart Stores, Inc. is a business entity with corporate headquarters
located at 702 Northwest 8th Street, Bentonville, Arkansas.

4.   Wal-Mart Store #2365 is a retail establishment located at 500 Route 940, Mt. Pocono, Pennsylvania.

5.   At all times relevant hereto, defendants were in the exclusive possession, management and control of the aforementioned Wal-Mart retail store #2365.

6.   On or about October 20, 2003, plaintiff was a patron at defendants' store when she fell to the ground after slipping on wooden pellets which had spilled onto the sidewalk, where the pellets had been improperly stored and unsecured.

7.   The accident was caused exclusively and solely by the defendants' negligence, in that:

(a)   Defendants caused or permitted the scattered pellets to remain on the sidewalk, presenting a danger to plaintiff and other patrons of the store;

(b)   Defendants failed to make a reasonable inspection of the sidewalk and the pallets where the pellets were stored, which would have revealed the dangerous condition created by the pellets;

(c)   Defendants failed to give warning of the dangerous condition created by the scattered pellets, failed to erect barricades or to take any other safety precautions to prevent injury to the plaintiff and other patrons;

(d)   Defendants failed to remove the pellets from the sidewalk;

(e)   Defendants failed to exercise reasonable prudence and due care to keep the walking surfaces in a safe condition for plaintiff and other similarly invited patrons;

(f)   Defendants violated the ordinances of the municipality of Mt. Pocono and the State of Pennsylvania pertaining to the maintenance of walkways and retail establishments;

(g)   Defendants negligently stored the pellets on a pedestrian walkway;

(h)   Defendants were otherwise negligent under the circumstances.

8.   The defendants, through their employees, servants and agents, either had actual notice of the unsafe and dangerous condition of the sidewalk and sufficient time to correct the dangerous situation, or the condition existed for so long a period of time prior to the occurrence

2

that defendants, in the exercise of due care, could and should have known of the unsafe and dangerous condition of the sidewalk.

9.   Solely as a result of the negligence of defendants, plaintiff  was caused to suffer various physical and traumatic injuries, including but not limited to the following:

a)   injury to her hip, requiring total hip replacement revision

b)   cerebral concussion

c)   post concussive syndrome

d)   exacerbation of C4-5, C5-6 and C6-7 radiculopathy

e)   cervical myelopathy

f)   T6-7, T7-8 and T8-9 radiculopathy

g)   exacerbation of L3-4, L4-5 and L5-S1 radiculopathy

h)   L2-3 and L3-4 radiculopathy secondary to intraforaminal and inferolateral herniated discs

i)   traumatic contusion of the right foot

j)   traumatic contusion of right lower ribs/right thorax

k)   right parietofrontal contusion with Battle sign

l)   traumatic right supraspinatus and infraspinatus tendonitis

m)   exacerbation and contusion of the right knee, degenerative osteoarthritis and posterior medial meniscus tear

10.   As a direct result of the aforesaid slip and fall, plaintiff suffered severe shock to her nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

11.   Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

12.   As a direct result of the slip and fall, plaintiff has been prevented from attending to her usual duties and obligations, and believes that she may be prevented from so doing in future, as her injuries seem to be permanent in nature.

3

WHEREFORE, plaintiff, June Cerene, demands judgment against defendants, jointly and severally, in an amount in excess of $50,000.00 and in excess of the compulsory arbitration limit of this court.

GERALD B. BALDINO, JR., ESQUIRE
Attorney for Plaintiff

4

<u>VERIFICATION</u>

GERALD B. BALDINO, JR., ESQUIRE verifies that he is the attorney of record for plaintiff herein, and is authorized to make this verification on her behalf, and that the statements made in the foregoing Complaint are true and correct to the best of his knowledge, information and belief, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

GERALD B. BALDINO, JR., ESQUIRE

Date:_____

# SACCHETTA & BALDINO
## ────── ATTORNEYS AT LAW ──────

\*THOMAS F. SACCHETTA
\*GERALD B. BALDINO, JR.
MARC T. SACCHETTA
BRUCE H. MACKNIGHT, JR.

Members NJ & PA Bar

\*Board-certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

### October 18, 2005

308 EAST SECOND STREET
MEDIA, PA 19063
TELEPHONE: 610-891-9212
FAX: 610-891-7190

EXECUTIVE CENTER OF GREENTREE
1 EVES DRIVE, SUITE 111
MARLTON, NJ 08053
TELEPHONE: 856-985-1359
FAX: 609-267-0666

PLEASE REPLY TO MEDIA

Wal-Mart Stores, Inc.
702 Northwest 8th Street
Bentonville, AR 72712

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

RE:   Cerene v. Wal-Mart Stores, Inc.
      Philadelphia C.C.P. October Term, 2005, No. 2216

Dear Sir/Madam:

I enclose a time-stamped copy of a complaint which has been filed against Wal-Mart Stores, Inc. in the Philadelphia, Pennsylvania Court of Common Pleas. Kindly forward this document to your legal department for immediate response. Thank you.

Very truly yours,

GERALD B. BALDINO, JR.

GBB:tmt
Enclosure

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2005**   **602216**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JUNE CERENE | WAL-MART STORES, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| HCR 1, Box 68, Woodland Road<br>Mt. Pocono, PA 18344 | 702 Northwest 8th Street<br>Bentonville, AR  72712 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | WAL-MART STORES, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | c/o CT Corporation System<br>1515 Market Street, Suite 1210, Philadelphia, PA 19102 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | WAL-MART STORE #2365 |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | 500 Route 940<br>Mt. Pocono, PA  18344 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: _____ | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE (SEE INSTRUCTIONS)**

Code No. 2S-Premises Liability-Slip & Fall

**I STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? | |
|---|---|---|
| | Yes | No |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| NAME OF Plaintiff/Petitioner/Appellant ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| Gerald B. Baldino, Jr., Esquire | Sacchetta & Baldino |
| **PHONE NUMBER**    **FAX NUMBER** | 308 East Second Street |
| 610-891-9212    610-891-7190 | Media, PA  19063 |
| **SUPREME COURT IDENTIFICATION NO.** | **E-MAIL ADDRESS** |
| 55624 | jerry@sbattorney.com |
| **SIGNATURE** | **DATE** |
| | 10/26/05 |

01-101 (Rev. 12/99)

GERALD B. BALDINO, JR., ESQUIRE
Attorney I.D. No. 55624
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063
(610) 891-9212

**ATTEST**

OCT 1 8 2005

**LAURA PAONE**

JUNE CERENE
HCR 1 Box 68 Woodland Rd.
Mount Pocono, PA 18344
      Plaintiff

v.

WAL-MART STORES, INC.
702 Northwest 8th Street
Bentonville, AR 72712
and
WAL-MART STORES, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA 19102
and
WAL-MART STORE #2365
500 Route 940
Mt. Pocono, PA 18344
      Defendants

JURY FEE PAID

Attorney for Plaintiff

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY
CIVIL ACTION - LAW

Code No. 2S - Premises Liability
Slip & Fall

**OCTOBER 2005**

**002216**

**TRIAL BY JURY OF TWELVE
MEMBERS IS DEMANDED**

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia County Bar Association
Lawyers Referral and Information Service
1 Reading Center
Philadelphia, PA 19107
[215] 238-1701

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E Informacion Lega
One Reading Center
Filadelfia, Pennsylvania 19107
Telef.: [215] 238-1701

*This is not an arbitration matter.*
*An assessment of damages hearing is*
*required.*

GERALD B. BALDINO, JR., ESQUIRE            Attorney for Plaintiff
Attorney I.D. No. 55624
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063
(610) 891-9212

JUNE CERENE           :    IN THE COURT OF COMMON PLEAS
HCR 1 Box 68 Woodland Rd.    :    PHILADELPHIA COUNTY
Mount Pocono, PA 18344      :    CIVIL ACTION - LAW
          Plaintiff         :
v.                   :    Code No. 2S - Premises Liability
                     :           Slip & Fall
WAL-MART STORES, INC.      :
702 Northwest 8th Street     :
Bentonville, AR 72712       :
and                     :
WAL-MART STORES, INC.      :
c/o CT Corporation System   :
1515 Market Street, Suite 1210   :
Philadelphia, PA 19102      :
and                     :
WAL-MART STORE #2365     :
500 Route 940             :    **TRIAL BY JURY OF TWELVE**
Mt. Pocono, PA 18344       :    **MEMBERS IS DEMANDED**
          Defendants     :

## COMPLAINT

AND NOW, comes the plaintiff, June Cerene, by and through her attorney, Gerald B. Baldino, Jr., Esquire, and avers as follows:

1. Plaintiff, June Cerene, is an adult individual residing at HCR 1, Box 68, Woodland Road, Mt. Pocono, Pennsylvania.

2. Defendant Wal-Mart Stores, Inc. is a corporation existing and doing business under the laws of the Commonwealth of Pennsylvania, with a registered corporate office located at CT Corporation System, 1515 Market Street, Suite 1210, Philadephia, Pennsylvania.

3. Defendant Wal-Mart Stores, Inc. is a business entity with corporate headquarters located at 702 Northwest 8th Street, Bentonville, Arkansas.

4.      Wal-Mart Store #2365 is a retail establishment located at 500 Route 940, Mt. Pocono, Pennsylvania.

5.      At all times relevant hereto, defendants were in the exclusive possession, management and control of the aforementioned Wal-Mart retail store #2365.

6.      On or about October 20, 2003, plaintiff was a patron at defendants' store when she fell to the ground after slipping on wooden pellets which had spilled onto the sidewalk, where the pellets had been improperly stored and unsecured.

7.      The accident was caused exclusively and solely by the defendants' negligence, in that:

(a)      Defendants caused or permitted the scattered pellets to remain on the sidewalk, presenting a danger to plaintiff and other patrons of the store;

(b)      Defendants failed to make a reasonable inspection of the sidewalk and the pallets where the pellets were stored, which would have revealed the dangerous condition created by the pellets;

(c)      Defendants failed to give warning of the dangerous condition created by the scattered pellets, failed to erect barricades or to take any other safety precautions to prevent injury to the plaintiff and other patrons;

(d)      Defendants failed to remove the pellets from the sidewalk;

(e)      Defendants failed to exercise reasonable prudence and due care to keep the walking surfaces in a safe condition for plaintiff and other similarly invited patrons;

(f)      Defendants violated the ordinances of the municipality of Mt. Pocono and the State of Pennsylvania pertaining to the maintenance of walkways and retail establishments;

(g)      Defendants negligently stored the pellets on a pedestrian walkway;

(h)      Defendants were otherwise negligent under the circumstances.

8.      The defendants, through their employees, servants and agents, either had actual notice of the unsafe and dangerous condition of the sidewalk and sufficient time to correct the dangerous situation, or the condition existed for so long a period of time prior to the occurrence

2

that defendants, in the exercise of due care, could and should have known of the unsafe and dangerous condition of the sidewalk.

9.    Solely as a result of the negligence of defendants, plaintiff  was caused to suffer various physical and traumatic injuries, including but not limited to the following:

   a)    injury to her hip, requiring total hip replacement revision

   b)    cerebral concussion

   c)    post concussive syndrome

   d)    exacerbation of C4-5, C5-6 and C6-7 radiculopathy

   e)    cervical myelopathy

   f)    T6-7, T7-8 and T8-9 radiculopathy

   g)    exacerbation of L3-4, L4-5 and L5-S1 radiculopathy

   h)    L2-3 and L3-4 radiculopathy secondary to intraforaminal and inferolateral herniated discs

   i)    traumatic contusion of the right foot

   j)    traumatic contusion of right lower ribs/right thorax

   k)    right parietofrontal contusion with Battle sign

   l)    traumatic right supraspinatus and infraspinatus tendonitis

   m)    exacerbation and contusion of the right knee, degenerative osteoarthritis and posterior medial meniscus tear

10.    As a direct result of the aforesaid slip and fall, plaintiff suffered severe shock to her nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

11.    Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

12.    As a direct result of the slip and fall, plaintiff has been prevented from attending to her usual duties and obligations, and believes that she may be prevented from so doing in future, as her injuries seem to be permanent in nature.

3

WHEREFORE, plaintiff, June Cerene, demands judgment against defendants, jointly and severally, in an amount in excess of $50,000.00 and in excess of the compulsory arbitration limit of this court.

GERALD B. BALDINO, JR., ESQUIRE
Attorney for Plaintiff

4

## VERIFICATION

GERALD B. BALDINO, JR., ESQUIRE verifies that he is the attorney of record for plaintiff herein, and is authorized to make this verification on her behalf, and that the statements made in the foregoing Complaint are true and correct to the best of his knowledge, information and belief, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

GERALD B. BALDINO, JR., ESQUIRE

Date:_____

Sacchetta & Baldino
ATTORNEYS AT LAW
308 East Second Street
Media, PA 19063

Certified Mail
Return Receipt Requested

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7004 1160 0003 3310 8193

Wal-Mart Stores, Inc.
702 Northwest 8th Street
Bentonville, AR 72712

72712+0611

FROM:

CARR: USPS

TRK#: 70041160000333108193

TO: 0215
PH:
LOC: 8096
# OF PCS:

10/24/20
08:07

97970229292698.7

MAILSTOP: LEGAL
MAILROUTE:BLUE
MAIL STATION: 0215
0215

EXHIBIT "B"

LAW OFFICES OF

# McDONNELL & ASSOCIATES, P.C.

A Pennsylvania Professional Corporation
500 Route 70 West
Cherry Hill, New Jersey 08002
Telephone: (856) 429-5300
Facsimile: (856) 429-5314

Patrick J. McDonnell *
Courtney Seda McDonnell *
Karen L. Green *
Roberto K. Paglione *
Lindsey S. Forshay
Robert M. Dunn * †
Jason E. Fine *
Michael Andrews *
David M. Koller *
Sarah R. Lavelle*

* Admitted in Pennsylvania and New Jersey
† Admitted in New York

Pennsylvania Office:
   601 South Henderson Road, Suite 152
   King of Prussia, Pennsylvania 19406
   Telephone: (610) 337-2087

Reply To: *New Jersey*
E-Mail Address: rpaglione@mcda-law.com

October 25, 2005

*FILE COPY*

Gerald B. Baldino, Jr., Esquire
**SACCHETTA & BALDINO**
308 East Second Street
Media, PA 19063

> **RE:    June Cerene v. Wal-Mart Stores, Inc., et al**
> **October Term, 2005, Case No.: 002216**

Dear Mr. Baldino:

Please be advised that our firm represents Defendant, Wal-Mart Stores, Inc., in the above-captioned matter. Our client, a Delaware corporation with its principal place of business in Arkansas, has directed us to remove this matter to Federal Court. **We intend to do so by October 31, 2005.**

If, prior to that date, you **sign and deliver to us** the enclosed Stipulation agreeing that the full amount of any and all damages your client may be awarded in this matter, if any, shall not exceed Seventy-five Thousand Dollars ($75,000.00), we will agree not to remove the case, because that element of diversity jurisdiction will no longer be met.

Thank you.

Very truly yours,
**McDONNELL & ASSOCIATES, p.c.**

Roberto K. Paglione

RKP/rp - enc.

# IN THE COURT OF COMMON PLEAS
## OF PHILADELPHIA COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| JUNE CERENE, | : | |
| | : | |
| Plaintiffs, | : | Civil Action - Law |
| | : | |
| v. | : | September Term, 2005 |
| | : | Case No.: 002216 |
| WAL-MART STORES, INC., et al, | : | |
| | : | **STIPULATION TO LIMIT** |
| | : | **DAMAGES** |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| | : | |

THE PARTIES hereby understand and accept the following:

- Defendants Wal-Mart Stores, Inc. (improperly also pled as "Wal-Mart Store #2365", herein referred to as "Wal-Mart") has the right, pursuant to 28 *U.S.C.* §1441, to remove this matter to Federal Court;

- Wal-Mart is willing to forego that right in exchange for the agreement of all parties to limit the damages which the plaintiff is entitled to recover, if any; and

- In reliance upon the express agreement of all parties to the limitation of damages set forth herein, Wal-Mart will agree not to exercise its right to remove this matter to Federal Court.

THEREFORE, on this_____ day of October 2005, the parties hereby STIPULATE AND

AGREE that the full amount and/or value of any and all damages, costs, expenses and fees

(including pre-judgment interest) to which the Plaintiff may be entitled in this matter shall not

exceed Seventy-Five Thousand Dollars ($75,000.00), even if a jury or arbitrator or other finder of

fact or law awards more than the sum of $75,000 to Plaintiff.

### SACCHETTA & BALDINO

Date:_____          _____
                          Gerald B. Baldino, Jr., Esquire

                          Attorney for Plaintiff

### LAW OFFICES OF McDONNELL & ASSOCIATES, p.c.

Date: Oct. 25, 2005       _____
                          Roberto K. Paglione, Esquire
                          Attorney ID No.: 87258

                          **LAW OFFICES OF McDONNELL & ASSOCIATES, p.c.**
                          500 Route 70 West
                          Cherry Hill, New Jersey 08002
                          Tel. No.: (856) 429-5300

                          Attorneys for Defendant, Wal-Mart Stores, Inc., et al